IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02358-BNB

DARREN CHANDLER,

Applicant,

v.

WARDEN JOHN DAVIS, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

OCT 22 2010

GREGORY C. LANGHAM
CLERK

---

ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

---

Applicant, Darren Chandler, is a prisoner in the custody of the Colorado Department of Corrections at the Buena Vista Correctional Facility in Buena Vista, Colorado. Mr. Chandler has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his conviction and sentence in Denver District Court case number 07CR2496.

The court must construe the application liberally because Mr. Chandler is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Chandler will be ordered to file an amended application if he wishes to pursue his claim in this action.

The court has reviewed the application and finds that it is deficient because Mr. Chandler fails to provide specific factual allegations in support of the claim he is raising

in this action. Mr. Chandler alleges that he was convicted of second degree assault and other offenses following a jury trial. He asserts one claim in the application arguing that he was denied a fair trial because the trial court failed to instruct the jury on a lesser offense. Although Mr. Chandler does not specify the lesser offense to which he is referring, it appears, based on his request for relief, that he is referring to the lesser offense of second degree assault with provocation. Mr. Chandler alleges in support of his claim only that "[t]estimony at trial by the Defendant that there was provocation by the alleged victim, both verbal and physical." However, Mr. Chandler does not describe this testimony and he fails to specify what statements or actions amounted to verbal and physical provocation. As a result, the factual basis for Mr. Chandler's claim that he was denied a fair trial is not clear.

Therefore, Mr. Chandler will be ordered to file an amended application in which he clarifies the factual basis for the claim he is asserting. Mr. Chandler is advised that, pursuant to Rules 2(c)(1) and 2(c)(2) of the Rules Governing Section 2254 Cases in the United States District Courts, he must "specify all [available] grounds for relief" and he must "state the facts supporting each ground." Furthermore, these habeas corpus rules are more demanding than the rules applicable to ordinary civil actions, which require only notice pleading. **See Mayle v. Felix**, 545 U.S. 644, 655 (2005). Naked allegations of constitutional violations are not cognizable under § 2254. **See Ruark v. Gunter**, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Mr. Chandler file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Chandler, together

with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that, if Mr. Chandler fails within the time allowed to file an amended application as directed, the action will be dismissed without further notice.

DATED October 22, 2010, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 10-cv-02358-BNB

Darren Chandler
Prisoner No. 59346
Buena Vista Corr. Facility
PO Box 2017
Buena Vista, CO 81211

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254** to the above-named individuals on 10/22/10

GREGORY C. LANGHAM, CLERK

By: _____
Deputy Clerk